SEALED



BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1: 15 MJ 00030 BAM |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | **Under Seal** |
| JOHNNY QUENGA, | |
| Defendant. | |

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-captioned case, under seal.

Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-entitled proceedings shall be filed with this Court under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: March /6, 2015

_____
BARBARA A. McAULIFFE
U.S. Magistrate Judge

SEALING ORDER                              1