BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>JOHNNY ALEXANDER QUENGA,<br><br>                          Defendant. | CASE NO.  1:15CR00087 AWI-BAM<br><br>STIPULATION AND ORDER RE: MOTION TO STRIKE SURPLUSAGE<br><br>DATE: May 26, 2015<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

In consideration of the government's motion (Doc. 18) filed herein on April 14, 2015, the United States, by and through its undersigned counsel, and the defendant, by and through his undersigned counsel, herein stipulate as follows.

1.    The parties agree that the word "person," which appears after the word "anyone" and before the word "engaged" in Count One of the indictment at or about line 23 of the indictment filed herein shall be stricken as surplusage.

IT IS SO STIPULATED.

Dated:  May 20, 2015                                        BENJAMIN B. WAGNER
                                                                          United States Attorney


                                                         By:  /s/ KAREN A. ESCOBAR
                                                                 KAREN A. ESCOBAR
                                                                 Assistant United States Attorney

Dated:  May 20, 2015

By:   /s/ MARC KAPETAN
MARC KAPETAN
Counsel for Defendant Quenga

**O R D E R**

Pursuant to the parties' stipulation, the language so identified is hereby STRICKEN.

IT IS SO ORDERED.

Dated:   **May 20, 2015**                    /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE