Marc N. Kapetan, #158322
**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA  93721-1806
Telephone:  (559) 498-0800

Attorneys for: JOHNNY ALEXANDER QUENGA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNNY ALEXANDER QUENGA<br><br>Defendant. | Case No.  1:15CR00087 AWI-BAM<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; AND ORDER |

IT IS HEREBY STIPULATED by and between Defendant, JOHNNY ALEXANDER QUENGA, by and through his Attorney of Record, MARC N. KAPETAN, and KAREN ESCOBAR, Assistant United States Attorney, that Defendant's Pretrial Condition be Modified to allow him to travel to Anaheim, California to accompany his father and son on a day-trip to Disneyland. Defendant will depart on August 16, 2015 and return on August 17, 2015.

This modification is requested by Defendant, JOHNNY ALEXANDER QUENGA. Counsel for Defendant has spoken with Assistant U.S. Attorney, KAREN ESCOBAR, who concurs in the request for modification.

US Pretrial Services Agency has been contacted and informed of this Stipulation and Proposed Order and no objections have been raised.

IT IS FURTHER STIPULATED that all other orders not modified herein, shall remain in full force and effect.

DATED: August 12, 2015          Respectfully submitted,

KAPETAN BROTHERS, LLP


By:   /s/ Marc N. Kapetan
Marc N. Kapetan, Attorney for Defendant
JOHNNY ALEXANDER QUENGA


DATED: August 12, 2015.     By:   /s/ Karen Escobar
Karen Escobar, Assistant U.S. Attorney


ORDER

IT IS HEREBY ORDERED that Defendant's Pretrial Condition shall be modified to allow him to travel to Anaheim, California on August 16, 2015 and returning on August 17, 2015.

IT IS SO ORDERED.

Dated:   **August 12, 2015**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE