1   BENJAMIN B. WAGNER
    United States Attorney
2   KAREN A. ESCOBAR
    Assistant United States Attorney
3   2500 Tulare St., Suite 4401
    Fresno, CA  93721
4   Telephone:  (559) 497-4000
    Facsimile:  (559) 497-4575
5
    Attorneys for Plaintiff
6   United States of America

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO. 1:15-cr-0087  AWI-SKO

12                    Plaintiff,

13          v.                              STIPULATION REGARDING
                                            CONTINUANCE AND
                                            EXCLUDABLE TIME PERIODS
14   JOHNNY ALEXANDER QUENGA,               UNDER SPEEDY TRIAL ACT;
                                            FINDINGS AND ORDER
15                    Defendant.

16

17                            **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendants, by

19   and through their counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for a status conference on Monday, September

21   28, 2015, at 1:00 p.m.

22
            2.      By this stipulation, the parties move to continue the hearing date until October 26,
23
     2015, at 1:00 p.m. and to exclude time between September 28, 2015, and October 26, 2015.
24
            3.      The parties agree and stipulate, and request that the Court find the following:
25
            a.      The parties have been working out the details of a plea agreement, which has now
26
     been finalized in writing and submitted to the defense for review with the defendant.
27

28
                                                     1

b.      The parties believe that failure to grant the above-requested continuance would deny the defendants the reasonable time necessary for effective resolution and/or case preparation, taking into account the exercise of due diligence, and would deny continuity of counsel for the government.

d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 28, 2015, to October 26, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the defendant's and government's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

////

////

////

////

////

////

////

////

////

2

IT IS SO STIPULATED.

DATED:          September 23, 2015.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:          September 23, 2015.

/s/ Marc Kapetan
MARC KAPETAN
Counsel for Defendant Quenga

**O R D E R**

IT IS SO ORDERED

Date:  September 24, 2015

_/s/ Barabara McAuliffe

_____   BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

3