BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St.
Fresno, CA 93721

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>JOHNNY ALEXANDER QUENGA,<br><br>                Defendant. | CASE NO.  1:15-CR-00087-AWI-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

      Based upon the plea agreements entered between defendant Johnny Alexander Quenga, and the United States, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

      1.      Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c), defendant Johnny Alexander Quenga's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

           a.    One laser pointer or device attached to an airsoft rifle, which also bears a prominent danger warning and is capable of emitting a green laser beam..

      2.      The above-listed asset constitutes property derived from proceeds traceable to or facilitated a violation of 18 U.S.C. § 39A or is property acquired or maintained by the defendant with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (as defined in section 2332b(g)(5) against the United States, citizens or resident of the United States, or their property).

PRELIMINARY ORDER OF FORFEITURE       1

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service or the Federal Bureau of Investigation in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

6. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   November 10, 2015                                 _____
                                                                              SENIOR DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE                           2