PHILIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
PATRICK J. SUTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15CR00087-001 AWI |
| Plaintiff, | SEALING APPLICATION AND ORDER |
| v. | |
| JOHNNY QUENGA, | |
| Defendant. | |

The United States of America hereby applies to this Court for an Order directing the Clerk's Office to seal Exhibit D, which appears at Docket Entry 52-3, in this matter. The document contains personal identifying information of a victim and was inadvertently filed without redaction.

Dated: May 9, 2016
PHILLIP A. TALBERT
Acting United States Attorney

 /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

O R D E R

Upon consideration of the government's application,

SEALING APPLICATION AND PROSPOSED ORDER                     1

IT IS HEREBY ORDERED that the Clerk's Office shall seal Government's Exhibit D (CR 52-3) filed herein on May 9, 2016, as an attachment to Document 52.

IT IS SO ORDERED.

Dated:   May 9, 2016                              _____
                                                   SENIOR  DISTRICT  JUDGE